# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

JOQUARIOUS VAUGHN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:21-cr-00147

    The Defendant was found not guilty of Counts One and Two. IT IS ORDERED that the Defendant is acquitted and discharged as to Counts One and Two.

    Defendant shall remain in federal custody pending resolution of the remaining Counts in the Superseding Indictment.

_____
Signature of Judge

Waverly D. Crenshaw, Jr., Chief Judge
Name and Title of Judge

March 31, 2023
Date